IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRUCE K. SIDDLE, et al ) | |
| ) | Case No. 3:09-0175 |
| V. ) | Judge Trauger |
| ) | |
| DOCTOR R. CRANTS, JR., et al ) | |

**O R D E R**

It is hereby **ORDERED** that a Telephone Conference is set for January 15, 2010, at 2:00 p.m. Chambers will place the conference call.

It is so **ORDERED.**

ENTERED this 13th day of January, 2010.

_____
ALETA A. TRAUGER
United States District Judge