UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRUCE K. SIDDLE and SANDRA K. SIDDLE, individually and as trustees of the Bruce K. Siddle and Sandra K. Siddle trusts, dated July 16, 2003, and PPCT MANAGEMENT SYSTEMS, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:09-0175 Judge Trauger |
| v. | ) ) | |
| DOCTOR R. CRANTS, JR., DOCTOR R. CRANTS, III, LINDA COOPER, GEORGE V. CRAWFORD, III, LEE F. BOOTH, and ROY W. OAKS, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motions for Summary Judgment filed by defendants Doctor R. Crants, Jr. (Docket No. 219) and Doctor R. Crants, III ("Crants III") (Docket No. 224) are **GRANTED,** and all claims asserted against them are **DISMISSED**. In light of this, the other pending motions filed by Crants III, that is, (1) a Motion to Dismiss Plaintiffs' State Law Claims and Newly-Pled Federal Law Claims (Docket No. 216), (2) a Motion to Strike the Declaration of Bruce K. Siddle (Docket No. 272), and (3) a Motion to Exclude Matters Outside the Complaint and Record Included in Plaintiffs' Response to [Crants III's] Motion to Dismiss (Docket No. 275) are **DENIED AS MOOT**.

It is so ordered.

Enter this 25th day of January 2010.

_____
ALETA A. TRAUGER
United States District Judge