**Motion GRANTED.**
*/s/ Aleta A. Trauger*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| BRUCE K. SIDDLE, et. al., | ) |
| Plaintiffs, | ) Civil Action No. 3:09-CV-00175 |
| v. | ) District Judge Aleta A. Trauger |
| DOCTOR R. CRANTS, JR., et al., | ) Magistrate Judge Juliet Griffen |
| Defendants. | ) |

## PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiffs respectfully request permission to file under seal the Attachments to Px14, Plaintiffs' Declaration of Bruce K. Siddle Dated: May 27, 2010. These exhibits were filed without redaction of Social Security numbers contained therein on May 27, 2010. Thus, Plaintiffs hereby move the Court to place these exhibits under seal in accordance with § 5.07 of the Administrative Practices and Procedures for Electronic Case Filing.

Respectfully submitted,

s/ Bruce A. Carr_____
Bruce A. Carr
The Rex Carr Law Firm, LLC
412 Missouri Ave.
East St. Louis, IL 62201
618/274-0434 (telephone)
618/274-8369 (facsimile)
bcarr@rexcarr.com
and
Mary Ann Parker
Parker & Crofford
1230 Second Avenue, S
Nashville, Tennessee 37210
615/244-2445 (telephone)
615/255-6037 (facsimile)
mparkerlaw@aol.com

Attorneys for Plaintiffs