IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRUCE K. SIDDLE and SANDRA K. SIDDLE, PPCT MANAGEMENT SYSTEMS, INC., and THE BRUCE K. SIDDLE AND SANDRA K. SIDDLE TRUSTS, dated July 16, 2003, ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) DOCTOR R. CRANTS, JR., DOCTOR R. ) CRANTS, III, LINDA COOPER, ) GEORGE V. CRAWFORD, III, LEE F. BOOTH, ) and ROY W. OAKS, ) ) Defendants. ) | Civil No. 3:09-0175 Judge Trauger |

## O R D E R

The plaintiffs' Motion For Limited Relief From Stay and Motion to Correct Oversight (Docket No. 331) are **GRANTED**. It is hereby **ORDERED** that the plaintiffs shall respond to the Counterclaim filed by defendant Doctor R. Crants, III (Docket No. 299) within thirty (30) days of this court's ruling on the pending summary judgment motions.

It is so **ORDERED**.

ENTER this 14th day of June 2010.

_____
ALETA A. TRAUGER
U.S. District Judge