UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRUCE K. SIDDLE and SANDRA K. SIDDLE, individually and as trustees of the Bruce K. Siddle and Sandra K. Siddle trusts, dated July 16, 2003, and PPCT MANAGEMENT SYSTEMS, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:09-0175 Judge Trauger |
| v. | ) ) | |
| DOCTOR R. CRANTS, JR., DOCTOR R. CRANTS, III, LINDA COOPER, GEORGE V. CRAWFORD, III, LEE F. BOOTH, and ROY W. OAKS, | ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| BRUCE K. SIDDLE and SANDRA K. SIDDLE, individually and as trustees of the Bruce K. Siddle and Sandra K. Siddle trusts, dated July 16, 2003, and PPCT MANAGEMENT SYSTEMS, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:09-1137 Judge Trauger |
| v. | ) ) | |
| CONNECTGOV, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, in case number 3:09-175 (*Siddle I*), defendant Linda Cooper's Motion for Summary Judgment (Docket No. 304), the Motion of Lee F. Booth to Dismiss for Failure to State a Claim Upon Which Relief May be Granted (Docket No. 305), Defendant George V. Crawford, III's Motion for Summary Judgment

(Docket No. 306), and (4) Defendant Roy W. Oaks's Summary Judgment Motion on Release Defense (Docket No. 310) are all **GRANTED**. The remaining defendants in *Siddle I* are hereby **DISMISSED** and a Rule 54(b) Final Judgment is hereby **ENTERED** in favor of all defendants in *Siddle I*.

In case number 3:09-1137 (*Siddle II*), defendant Gullett, Sanford, Robinson & Martin, PLLC's Motion for Summary Judgment (Docket No. 190), (2) defendant Lattimore Black Morgan & Cain, PC's Summary Judgment Motion on Release Defense (Docket No. 192), (3) defendant ConnectGov, Inc.'s Motion for Summary Judgment (Docket No. 202), (4) defendant Jack H. Dalton's Motion for Summary Judgment (Docket No. 204), (5) the Motion for Summary Judgment filed by defendants DC Investment Partners, LLC, Four Corners Capital, LLC, Lynview Partners, LLC d/b/a Pharos Homeland, LLC, Pharos Capital Partners, LP, Pharos Homeland Financial, LLC, and Michael W. Devlin (Docket No. 207), and (6) Defendant Joseph F. Johnson, Jr.'s Motion for Summary Judgment (Docket No. 208) are all **GRANTED**. The pending Motion to Strike the Declaration of Bruce K. Siddle (Docket No. 247) is **DENIED AS MOOT**. All defendants in *Siddle II* are hereby **DISMISSED**.

It is so ordered.

Enter this 22nd day of June 2010.

                                                                                  _____
                                                                                  ALETA A. TRAUGER
                                                                                  United States District Judge