IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRUCE K. SIDDLE and SANDRA K. ) <br> SIDDLE, PPCT MANAGEMENT SYSTEMS, ) <br> INC., and THE BRUCE K. SIDDLE AND ) <br> SANDRA K. SIDDLE TRUSTS, dated ) <br> July 16, 2003, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DOCTOR R. CRANTS, JR., DOCTOR R. ) <br> CRANTS, III, LINDA COOPER, ) <br> GEORGE V. CRAWFORD, III, LEE F. BOOTH, ) <br> and ROY W. OAKS, ) <br> ) <br> Defendants. ) | Civil No. 3:09-0175 <br> Judge Trauger |

## O R D E R

It is hereby **ORDERED** that the Plaintiffs' Motion To Dismiss Counterclaim of Doctor R. Crants, III (Docket No. 354) shall be **HELD IN ABEYANCE** pending the conclusion of the appeal in this case. This motion, too, relates exclusively to the award of attorney's fees and expenses.

It is so **ORDERED**.

ENTER this 26th day of July 2010.

_____
ALETA A. TRAUGER
U.S. District Judge