**Motion GRANTED.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRUCE K. SIDDLE, et al. ) | |
| ) | |
| Plaintiffs, ) | No. 3:09-cv-00175 |
| ) | Judge Aleta Trauger |
| vs. ) | |
| ) | |
| DOCTOR R. CRANTS, et. al, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| BRUCE K. SIDDLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No.: 3:09-cv-01137 |
| ) | Judge Aleta Trauger |
| CONNECTGOV, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO REPLY BRIEF TO MOTION FOR ATTORNEY'S FEES FILED BYDEFENDANTS GEORGE V. CRAWFORD, III AND GULETT, SANFORD, ROBINSON & MARTIN, PLLC**

COMES NOW the Defendants, George V. Crawford, III ("Mr. Crawford") and Gullett, Sanford, Robinson & Martin, PLLC ("GSRM"), by and through counsel of record, Glassman, Edwards, Wyatt, Tuttle & Cox, P.C., and files this Motion for Leave to File Reply Brief in Support of its Motion for Attorney's Fees in two cases, Siddle v. Crants, Jr., No. 3:09-cv-00175 and Siddle v. ConnectGov, Inc., No. 3:09-cv-01137. In further support of this request, Defendants would show as follows:

1